UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUMTAHINA MAMTAJ,

                Plaintiff,

    -against-

JOSEPH B. EDLOW, Director of U.S.
Citizenship and Immigration Services;
MARCO RUBIO, Secretary of State U.S.
Department of State,

                Defendants.

25-CV-10568(AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In her Complaint, Dkt. 1, Mamtaj says she "resides in Ontario, New York," which is not within this judicial district, but she later says she is "residing in Bronx, New York," which is within this judicial district. By **Wednesday, December 24, 2025**, Mamtaj shall submit a letter to the Court clarifying where she resides and whether venue is proper or whether this case should be transferred to the Western District of New York.

    SO ORDERED.

Dated:  December 22, 2025
       New York, New York

_____
   ARUN SUBRAMANIAN
   United States District Judge